JAMES A. CRON, Respondent, v. PICTURE PUBLISHERS, INC., Appellant.— Order denying defendant's motion to vacate second warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

DUBROW PURE FOOD, INC., Respondent, v. ARTHUR GLAZEL, as President of Waiters Local Union No. 2, Affiliated with American Federation of Labor, Defendant, and "JOHN" DAY, First Name "John" Being Fictitious, as President of Cooks and Countermans Union No. 325, Affiliated with American Federation of Labor, etc., Appellant.— Order granting plaintiff's motion for a temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

JOHN ELLIOTT, Appellant, v. LOUIS J. JAFFEE and Others, Defendants; JAFFEE-COHEN & LANG, INC., and MAURICE M. ROSENBERG, Respondents.— Order changing place of trial affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., not voting.

LUCIO FERNANDES, as Administrator, etc., of JACK FERNANDES, Deceased, Respondent, v. E. MUCHERINO, INC., Appellant.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ANNA S. FERRIS, Respondent, v. THE NATIONAL SURETY COMPANY, Appellant. — Order entered February 27, 1931, and the summary judgment granted thereon the same day, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Appeal dismissed, without costs, from the order dated February 3, 1931, denying defendant's motion to dismiss the complaint, on the ground that the same has been abandoned. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

CHARLES GOLD, Respondent, v. CHARLOTTE A. SWEEZEY, Appellant.— Order and judgment reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs. There is an issue of fact as to whether the plaintiff procured a purchaser who was ready, willing and able to purchase defendant's property on the terms and conditions demanded by defendant, which issue cannot be determined on a motion for summary judgment. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

MARIA GUSTAVSON, Respondent, v. CARL GUSTAVSON, Defendant. PETER A. PETERSON, Attorney, Appellant.— Order substituting attorneys modified by striking out the provision thereof which requires appellant to return to plaintiff the sum of $125, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents and votes to affirm.

ELMER HORKITS, Appellant, v. WILLIAM BOWES and MARY BOWES, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.